UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Anita Franklin

vs

UNITED STATES OF AMERICA

89-184-09
Case Number
H.H.G. Jr.

**FILED**

MAR 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### DEFENDANT'S MOTION TO EXPUNGE CRIMINAL RECORD

I Anita Franklin request for case number 89-184-09 to be removed from my record because I want to pursue other career opportunities. I know my chances for competing for many positions will jeopardize my selection because of having to file for a criminal background check. I have been working with the District Government for over 15 years now and I wish to seek employment in other fields that request for such background history. I have been truly blessed and do hope that you grant this request.

Anita Franklin

### CERTIFICATE OF SERVICE

I Anita Franklin will mail a copy to Jeffery Taylor, United States Attorney March 18, 2007.

**RECEIVED**

MAR 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>Case Number 89-184-09</u>

I Anita A. Franklin case number CR 89-184-09 would like to verify that my birth/born name is Anita A. Franklin, born ▓▓▓▓▓▓▓▓ and that your court records show me as Annette A. Franklin.

Thank you,

*Anita Franklin* (signature)
Anita A. Franklin

FILED
MAR 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
MAR 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Attachment
89-184-09

```
ACTIVE CRIMINAL DOCKETS    DC(DIST. OF COLUMBIA) 05/01/92    *** GRID A01 ***    PAGE 1
CR-89-00184-09    US-V-CARTER ETAL                           CR-89-00184-09
                  as of 02/23/90 at 11:22 PM

Judge: JUDGE GREENE                              Case Filed: 08/31/89

Defendant:
  09  FRANKLIN, ANNETTA A                        Birthdat
      Aka: PEACHES
      Address:

Dft ID: -2934

Defendant terminated. 01/16/90

Terminated counts:                               Disposition
  Narcotics-Heroin/Cocaine:                      (Count 5) Twelve (12) months,
  Heroin/Cocaine-Distribution                    2 years supervised release,
  Maintaining Premises for                       $50.00 special assessment.
  Distribution and Storage                       Deft.comm/comm issued.
  of Heroin, Aiding and                          (Rep: L. Beasley) (01/16/90)
  Abetting, (offense date: 4-
  14-89), 21 SC 856 and 18
  USC 2 (5)

  Narcotics-Heroin/Cocaine:                      (Counts 1,4) Dismissed.
  Heroin/Cocaine-Distribution                    01/16/90
  Conspiracy, Possession with
  Intent to Distribute Heroin,
  (offense date: 8-88 - 5-
  89), 21 USC 846 (1),
  Narcotics-Heroin/Cocaine:
  Heroin/Cocaine-Distribution
  Possession with Intent to
  Distribute Heroin, (offense
  date: 4-14-89), 21 USC
  341(a)(1) and 841(b)(1)(C)
  and 18 USC 2 (4)

Offense Level (disposition): FEL

Total Jail: 12 Mo
```

FILED

CR 89-184-09
Attachment

MAR 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

```
ACTIVE CRIMINAL DOCKETS     DC(DIST. OF COLUMBIA) 05/01/92  *** GRID B01 ***   PAGE 2

CR-89-00184-09    US-V-CARTER ETAL                          CR-89-00184-09
                  as of 02/23/90 at 11:22 PM

Defense Counsel:
  KRIEGSHEIM, ACHIM
  601 Penn. Ave., N.W., Suite 900
  Washington DC 20004
  (202) 639-8924
U S Attorneys:
  EDWARDS, RICHARD
  (202) 272-9078
```

```
ACTIVE CRIMINAL DOCKETS      DC(DIST. OF COLUMBIA) 05/01/92    *** GRID C01 ***
CR-89-00184-09                                CR-89-00184-09              PAGE 3

              US-V-CARTER ETAL
                                  PROCEEDINGS

08/31/89    Filed indictment (Grand Jury Original) (Dkt'd 09/13/89).
            Case assigned to JUDGE GREENE (Dkt'd 09/13/89).
            -- Category B (Dkt'd 09/13/89).
            US Attorney EDWARDS, RICHARD added to case (Dkt'd 09/13/89).

            Order bench warrant issued (MAGISTRATE DWYER) (Dkt'd
            09/13/89).

09/05/89    Arraignment and plea set for 09/08/89 @ 9:45 AM (Counts 1,4,
            5) (arraignment on superseding indictment & bond review
            hearing.) (Dkt'd 09/25/89).

09/06/89    Status hearing held (Arraignment set for 9/8/89 at 9:45 A.M.
            before Judge Greene. Deft. held without bond. Deft.
            comm/comm issued. (Judge Greene's Case)) (MAGISTRATE
            ATTRIDGE) (Dkt'd 09/25/89).
            Filed bench warrant returned executed, executed on 09/06/89
            (for bench warrant issued 8/31/89.) (Dkt'd 09/25/89).
            Defendant committed. Commitment issued (Dkt'd 09/25/89).
            - Report from Pretrial Services. (N) (Dkt'd 09/25/89).
            Order filed (of temporary detention. (N) (MAGISTRATE
            ATTRIDGE) (Dkt'd 09/25/89).

09/08/89    Order appointing attorney KRIEGSHEIM, ACHIM to represent
            defendant (Signed 9/6/89. (Voucher #176609)) (MAGISTRATE
            ATTRIDGE) (Dkt'd 09/27/89).
            Status hearing held (detention hearing. Govt. withdrew
            motion for pretrial detention. Deft. released on per.
            recog. with conditions. Deft. released. Release issued.
            (Judge Greene's Case) (MAGISTRATE ATTRIDGE) (Dkt'd
            09/28/89).
            Motion to modify conditions of release filed (MOT#9) (by
            deft.) (Dkt'd 09/28/89).
            Motion to modify conditions of release granted (MOT#9) (of
            deft.) (MAGISTRATE ATTRIDGE) (Dkt'd 09/28/89).
            Order defendant released on personal recognizance with
            conditions (Deft. released. (N) (MAGISTRATE ATTRIDGE)
            (Dkt'd 09/28/89).
            Arraignment held (Counts 1,4,5) (Dkt'd 09/28/89).
            Defendant's first appearance (Dkt'd 09/28/89).
            Defendant appears with counsel (Dkt'd 09/28/89).
            Defendant enters plea of not guilty (Counts 1,4,5) (Dkt'd
            09/28/89).
            Status hearing set for 09/25/89 @ 9:45 AM (for a status
            call. Deft.'s motions due 9/25/89, govt's oppositions due
            10 days thereafter. Pretrial detention to be held before
            Magistrate Attridge 9/8/89.) (JUDGE GREENE) (Dkt'd
            09/28/89).
            Trial date set for 10/23/89 @ 9:45 AM (Counts 1,4,5) ((REP:
```

```
ACTIVE CRIMINAL DOCKETS    -DC(DIST. OF COLUMBIA) 05/01/92    *** GRID D01 ***
CR-89-00184-09                                                      PAGE 4

US-V-CARTER ETAL     PROCEEDINGS                              CR-89-00184-09

        Laura Beasley)) (JUDGE GREENE) (Dkt'd 09/28/89).

09/21/89  Status hearing held (Dkt'd 10/23/89).
          Motion made in open court by government (MOT#17) (to seal
             plea agreement until after sentence) (Dkt'd 10/23/89).
          Motion by government granted (MOT#17) (to seal plea
             agreement until after sentence.) (JUDGE GREENE) (Dkt'd
             10/23/89).
          Defendant withdraws plea of not guilty (Count 5) (Dkt'd
             10/23/89).
          Defendant enters plea of guilty (Count 5) (Remaining counts
             to be dismissed at sentencing) (Dkt'd 10/23/89).
          Referred to Probation Office for pre-sentence report (Count
             5) (JUDGE GREENE) (Dkt'd 10/23/89).
          Sentencing set for 11/20/89 @ 9:45 AM (Count 5) (deft.
             continued on per. recog. (Rep: Gwen Schlemier (A.M) and
             Phyllis Miranda (P.M.)) (JUDGE GREENE) (Dkt'd 10/23/89).
          Filed waiver of jury trial (approved.) (JUDGE GREENE)
             (Dkt'd 10/23/89).
          Filed plea agreement. (Under seal in vault in Room 1800)
             (Dkt'd 10/23/89).

10/03/89  Motion by government filed (MOT#39) (for an enlargement of
          time within which to respond to consolidated defense
          motions.) (Dkt'd 11/06/89).

10/04/89  Order filed (granting motion of govt. for enlargement until
          12/23/89. (N) (JUDGE GREENE) (Dkt'd 11/08/89).
          Motion by government granted (MOT#39) (JUDGE GREENE)
          (Dkt'd 11/08/89).

10/23/89  - Government's Omnibus response to defendants' motions
          relating to I) Bill of Particulars II) Disclosure of
          Informants, III) Severance, IV) Exculpatory Evidence, V)
          Admissibility of Co-Conspirators statements, VI) Other
          crimes evidence under Rule 404(b) and VII) Miscellaneous
          Matters (Dkt'd 11/27/89).

11/07/89  Sentencing reset to 01/16/90 @ 9:45 AM (Count 5) (before
          Judge Greene) (Dkt'd 12/05/89).

01/08/90  - Govts motion in aid of sentencing. (Dkt'd 01/31/90).

01/16/90  Sentencing of defendant (Count 5) (Twelve (12) months, 2
          years supervised release. (Rep: L. Beasley) (JUDGE GREENE) Deft.
          comm/comm issued. (Dkt'd 02/08/90).
          Dismissed (Counts 1,4) (JUDGE GREENE) (Dkt'd 02/08/90).
          Defendant committed. Commitment issued (Dkt'd 02/08/90).
```

```
ACTIVE CRIMINAL DOCKETS    DC(DIST. OF COLUMBIA) 05/01/92   *** GRID E01 ***   PAGE 5
CR-89-00184-09                                              CR-89-00184-09
              US-V-CARTER ETAL    PROCEEDINGS

              Notice filed (Receipt and acknowledgment of presentence
              investigation report.) (Dkt'd 02/08/90).
              Defts Sentencing Memorandum. Attachments. (Dkt'd
              02/08/90).
01/17/90      Issued judgment and commitment to U.S. Marshal (Count 5;
              (JUDGE GREENE) (Dkt'd 02/08/90).
01/26/90      Filed transcript of proceedings for 01/16/90 (Pages 1-3.
              (Rep: L. Beasley)) (Dkt'd 02/14/90).
..........................................................
End of docket
```