UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Crim. No. 89-184-09 (TFH) |
| | ) | |
| ANITA FRANKLIN | ) | |
| Defendant. | ) | |
| _____ | ) | |

GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION
TO EXPUNGE CRIMINAL RECORD

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits the following opposition to defendant's motion to expunge her criminal record.

In Doe v. Webster, 606 F.2d 1226, 1230 (D.C. Cir. 1979), the D.C. Circuit noted that, even absent a statute authorizing expungement, federal courts have the power to order expungement only in certain extraordinary circumstances. In Doe, supra, the court reviewed the expungement case law, and indicated that the power to grant expungement is very narrowly limited:

> [A]lthough there are indeed many instances in which courts have ordered expungement of arrest records in the exercise of their inherent equitable powers, all of those cases involved either a lack of probable cause coupled with special circumstances, flagrant violations of the Constitution, or other unusual and extraordinary circumstances.

Id.; Saidi v. Washington Metro Transit, 928 F.Supp. 21, 29 (D.D.C. 1996). Furthermore, the D.C. Circuit has explicitly noted that "absent statutory authority it would be wholly inappropriate to

order such an expungement in a case such as this where there has been not only a valid arrest but a valid conviction." Doe, supra, 606 F.2d at 1231; Stevens v. Stover, 727 F.Supp. 668, 673 n.10 (D.D.C. 1990).

This defendant is not entitled to the relief she seeks because her case resulted in a valid conviction. More specifically, on September 21, 1989, defendant pled guilty to Maintaining Premises for Distribution and Storage of a Controlled Substance. On January 16, 1990, defendant was sentenced to twelve months imprisonment, two years supervised release, and a $50.00 Special Assessment Fee.

Defendant motion must be denied because, the defendant has not claimed that governmental misbehavior led to her arrest, that she was innocent, or that the harm to her from the maintenance of the arrest record was not attributable to her own conduct. Likewise, defendant has not established a flagrant violations of the Constitution or any other extraordinary circumstances, to establish that she is entitled to relief. The Court simply lacks the power to expunge a conviction under these circumstances and, as it were, to re-write history so that the defendant's potential employers are in effect misled as to defendant's true and accurate criminal history. See Doe, supra, 606 F.2d at 1231; Stevens, supra, 727 F.Supp. at 673 n.10

Although the government recognizes defendant's plight, it is

constrained to note that defendant is not entitled to the relief she seeks. Indeed, the defendant has not claimed, let alone established, that the government lacked probable cause to arrest her, and that the government committed flagrant violations of the Constitution in connection with her arrest, to justify the relief she now seeks. To the contrary, defendant pled <u>guilty</u> to the crime for which she was arrested, thereby conclusively establishing that defendant is not entitled to expungement of either her conviction or her arrest record. <u>Doe</u>, <u>supra</u>, 606 F.2d at 1231.

Accordingly, defendant's motion should be summarily denied.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, Bar No. 498610
UNITED STATES ATTORNEY


_____/s/_____
CAROLYN K. KOLBEN
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that this 27th day of March, 2007, this opposition was filed via the electronic case filing system and a copy of the foregoing Government's Opposition to Defendant's Motion to Expunge her Criminal Record has been served via the United States District Court for the District of Columbia's ECF program upon defendant:

    Anita Franklin
    3615 Key Turn
    Forestville, MD 20747

    _____/s/_____
    Carolyn K. Kolben, Bar No. 391-156
    Assistant United States Attorney
    Room 10-441
    555 4th Street N.W.
    Washington, D.C. 20530
    202-514-7280

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.  )<br>)<br>ANITA FRANKLIN  )<br>       Defendant.  )<br>_____) | Crim. No. 89-184-09 (TFH) |

O R D E R

Upon consideration of defendant's motion to expunge her criminal record, and the United States' Opposition to defendant's motion, and it appearing that the defendant is not entitled to the relief sought,

It is hereby ORDERED that the defendant's motion to expunge her criminal record is hereby DENIED.

_____
CHIEF JUDGE THOMAS F. HOGAN
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DATE:

Copies to:

Carolyn K. Kolben, Bar No. 391-156
Assistant United States Attorney
Room 10-441
555 4th Street N.W.
Washington, D.C. 20530
202-514-7280

Anita Franklin
3615 Key Turn
Forestville, MD 20747