UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,         )
                                  )
            v.                    )   Criminal No. 89-184-09 (EGS)
                                  )
ANITA FRANKLIN,                   )
                                  )
            Defendant.            )

### ORDER

Upon consideration of Defendant's Motion to Expunge Criminal Record, it is hereby

**ORDERED** that the motion is **DENIED**. Defendant does not challenge the validity of her arrest or conviction nor has she provided any statutory authority for expunging her record. *See Doe v. Webster*, 606 F.2d 1226, 1230 (D.C. Cir. 1979) ("[A]bsent specific statutory authority it would be wholly inappropriate to order such an expungement in a case such as this where there has been not only a valid arrest but a valid conviction."). The defendant also has not pointed to any serious governmental misbehavior leading to her arrest, flagrant violations of the Constitution, or other extraordinary circumstances that would justify an expungement. *See id.* at 1230-31. Although the court is extremely sympathetic to defendant's request, a reasonable interpretation of the law does not afford the court the authority to grant the relief requested.

SO ORDERED.

Signed:   Emmet G. Sullivan
         United States District Judge
         April 6, 2007